# UNITED STATES NAVY–MARINE CORPS
# COURT OF CRIMINAL APPEALS

───────────────────────

**No. 201800191**

───────────────────────

**UNITED STATES OF AMERICA**
*Appellee*

v.

**Pedro A. LARACORTES**
Sergeant (E-5), U.S. Marine Corps
*Appellant*

───────────────────────

Appeal from the United States Navy-Marine Corps Trial Judiciary

*Military Judge:* Lieutenant Colonel Eugene H. Robinson, Jr., USMC.

*For Appellant:* Major James S. Kresge, USMCR.

*For Appellee:* Brian K. Keller, Esq.

───────────────────────

Decided 26 November 2018

───────────────────────

Before HUTCHISON, LAWRENCE, and STEPHENS,
*Appellate Military Judges*

───────────────────────

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

FOR THE COURT

RODGER A. DREW, JR.
Clerk of Court

